**Victor B. WHITE, Plaintiff–Appellant,**

v.

**SPORT CLIPS HAIRCUTS, 5424 Forest Drive Suite 118 Columbia SC 29206; Sport Clips Haircuts, 10210B Two Notch Road Columbia SC 29223; Sport Clips Haircuts, 378 Columbiana Drive Suite 3 Columbia SC 29212, Defendants–Appellees,**

**and**

**Keith Darnell, Statutory Agent, Defendant.**

No. 07–2122.

United States Court of Appeals, Fourth Circuit.

Submitted: May 13, 2008.

Decided: June 13, 2008.

Victor B. White, Appellant Pro Se. David Eugene Dubberly, Nikole Setzler Mergo, Nexsen Pruet, Columbia, South Carolina, for Appellees.

Before NIEMEYER and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor B. White appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his employment discrimination claims and his state law claim for defamation. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *White v. Sport Clips Haircuts,* No. 3:06–cv–02142–MJP, 2007 WL 3034803 (D.S.C. Oct. 15, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*